■ In the Matter of JOHN MURANO, Appellant, v RAYMOND KELLY et al., Respondents. [1 NYS3d 806]—

Judgment, Supreme Court, New York County (Alice Schlesinger, J.), entered June 27, 2013, denying the petition to annul and vacate respondents' determination, dated September 27, 2011, which denied petitioner's application for accidental disability retirement benefits, and dismissing the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.

Credible evidence in the record existed to support respon-

dents' determination, inasmuch as the implicit findings and recommendation of the Medical Board, upon which the Board of Trustees could rely (*see Matter of Santangelo v Kelly*, 81 AD3d 439 [1st Dept 2011]; *Matter of Galli v Bratton*, 238 AD2d 252 [1st Dept 1997]), established that petitioner was not mentally incapacitated from performing his regular duties at the time of his retirement (*see* Administrative Code of City of NY § 13-252.1 [2] [a]). Petitioner, who was present at Ground Zero during the September 11, 2001 attack on the World Trade Center, and thereafter worked security in the Ground Zero area, was promoted to sergeant in late September 2001 and ultimately retired in October 2010 on full service retirement, following twenty years of full duty service, with firearms, and without any need for psychiatric intervention. Concur—Friedman, J.P., Andrias, Moskowitz, DeGrasse and Richter, JJ.